IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| UNITED STATES OF AMERICA, | CR 16–26–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MEIKO AMERICA, INC., | |
| Defendant. | |

Upon motion of the United States and for good cause shown,

IT IS ORDERED THAT the Government's motion to hold this case in abeyance (Doc. 3) is GRANTED. This case shall be held in abeyance during the pendency of the parties' 36-month deferred prosecution agreement. The period of the deferred prosecution agreement shall be excluded in computing the time within which trial must commence. *See* 18 U.S.C. § 3161(h)(2).

DATED this 8th day of November, 2016.

Dana L. Christensen, Chief Judge
United States District Court

1