IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

OCT 28 2019

Clerk, U.S. District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CV 16–26–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MEIKO AMERICA, INC., | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion to Dismiss the Information. (Doc. 7.) The United States represents that Defendant Meiko America, Inc. has fulfilled its obligations under the parties' deferred prosecution agreement.

IT IS ORDERED that the motion (Doc. 7) is GRANTED. The Information is DISMISSED with prejudice.

DATED this 28th day of October, 2019.

Dana L. Christensen, Chief Judge
United States District Court